(Reap. Dec. 9841)

ANDREW FISHER CYCLE COMPANY ET AL. *v.* UNITED STATES

Entry No. 3836, etc.

(Decided November 17, 1960)

*Brooks & Brooks* for the plaintiffs.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisment enumerated in schedule "A," hereto attached and made a part hereof, are before me for decision on a written stipulation, reading as follows:

IT IS HEREBY STIPULATED by and between the parties hereto, subject to the approval of the Court,

1. That the merchandise here involved consists of bicycles imported from Germany for the account of plaintiff herein under the entries enumerated in the attached schedule A,

2. That said bicycles were appraised on the basis of statutory cost of production.

3. That the cost of materials and fabrication, manipulation, or other process employed in manufacturing or producing such or similar merchandise at a time preceding the date of exportation of the involved merchandise which would ordinarily permit the manufacture or production thereof in the usual course of business, plus the usual general expenses (not less than 10 per centum of such cost) in the case of such or similar merchandise, plus the cost of all containers and coverings, and all other costs, charges and expenses incident to placing the merchandise in condition packed ready for shipment to the United States, and plus an addition for profit (not less than 8 per centum of the costs of materials and fabrication or manipulation and general expenses) equal to the profit which ordinarily is added in the case of merchandise of the same general character by manufacturers or producers in the country of manufacture who are engaged in the manufacture of merchandise of the same class or kind equals

> for the merchandise marked "A",
> U.S. $18.29 each;
>
> for the merchandise marked "B",
> U.S. $18.29 each, plus cost of
> packing as invoiced;
>
> for the merchandise marked "C",
> U.S. $16.89 each, plus cost of
> packing as invoiced.

4. That the reappraisement appeals herein may be submitted upon this stipulation.

On the agreed facts, I find that the proper basis for appraisement of the bicycles in question is cost of production, as defined in section 402(f) of the Tariff Act of 1930, and hold that such statutory value for the articles represented by the invoice items marked "A" is $18.29 (United States currency) each, for the articles represented by the invoice items marked "B" is $18.29 (United States currency) each, plus cost of packing, as invoiced, and for the articles represented by the invoice items marked "C" is $16.89 (United States currency) each, plus cost of packing, as invoiced.

Judgment will be rendered accordingly.